**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: ) <br> ) <br> **Michael Trent Pursley and** ) <br> **Kimberly Sue Pursley** ) <br> ) <br> ) <br> Debtors, ) <br> ) <br> ) <br> ) <br> **U.S. Bank Trust National Association, as Trustee** ) <br> **of the LB-Cabana Series IV Trust** ) <br> ) <br> ) <br> ) <br> ) <br> Movant, ) <br> ) <br> vs. ) <br> ) <br> **Michael Trent Pursley, Kimberly Sue Pursley,** ) <br> **and Diana S. Daugherty, The Chapter 13 Trustee** ) <br> ) <br> Respondents. ) | Case No. 22-42149-659 <br><br> Chapter 13 <br> Re:  Doc #17          1/9 |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the filing of the Motion for Relief from Automatic Stay ("Motion"), filed by U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust, its subsidiaries, affiliates, predecessors in interest, successors, and assigns ("Movant"), regarding the following described property:

**PART OF THE WEST HALF OF THE NORTHWEST QR. IN SECTION THIRTY-SIX (36), TOWNSHIP FORTY-TWO (42) NORTH, RANGE ONE (1) WEST OF THE 5TH P.M., DESCRIBED AS FOLLOWS: COMMENCING AT THE INTERSECTION OF THE WEST LINE THEREOF WITH THE NORTH RIGHT OF WAY LINE OF THE FRISCO RAILROAD, THENCE NORTH 63 DEGREES EAST ON THE NORTH LINE OF SAID RAILROAD 384 FEET TO AN IRON ROD, THENCE NORTH 14 DEGREES WEST 158.50 FEET TO AN IRON ROD IN THE POINT OF BEGINNING OF THE PARCEL HEREIN DESCRIBED, CONTINUE NORTH 14 DEGREES WEST 150.80 FEET TO AN OLD IRON ROD IN THE SOUTH LINE OF A STREET, THENCE EAST 90 FEET, THENCE SOUTH 16 DEGREES 40' EAST 129 FEET TO AN IRON ROD, THENCE SOUTH 76 DEGREES 15' WEST 95.50 FEET TO THE POINT OF BEGINNING, ACCORDING TO PLAT OF SURVEY MADE BY E.F. KAPPELMANN, REGISTERED LAND SURVEYOR, DURING THE MONTH OF**

**OCTOBER, 1972, CONTAINING 0.31 OF AN ACRE, MORE OR LESS. SUBJECT TO EASEMENTS, RESTRICTIONS, AND COVENANTS OF RECORD, IF ANY.**

also known as **130 E Oak St, St. Clair, MO 63077** ("Property").  Upon careful review of the record in this case and pursuant to the hearing held on January 9, 2023 it is accordingly

**ORDERED** that the Motion be and it is hereby **GRANTED** in that the Movant, and its successors and assigns, may exercise any and all rights provided under non-bankruptcy law, pursuant to the terms and provisions of its deed of trust, and in accordance with the laws of Missouri, and that for such purposes, the stay of 11 U.S.C. §362 is hereby terminated. It is further

**ORDERED** that relief from the automatic stay is granted effective immediately in that relief from the automatic stay is not stayed for fourteen (14) days pursuant to Rule 4001(a)(3).

KATHY A. SURRATT-STATES
U.S. Bankruptcy Judge

DATED:  January 24, 2023
St. Louis, Missouri
jjh

Prepared and submitted by:

MARINOSCI LAW GROUP, P.C.

/s/David V. Noyce
David V. Noyce #56116MO
11111 Nall Avenue, Suite 104
Leawood, KS 66211
dnoyce@mlg-defaultlaw.com
ecf@mlg-defaultlaw.com
Phone: (913) 800-2021
Fax: (913) 257-5223
ATTORNEY FOR MOVANT

COPIES TO:

Michael Trent Pursley
130 East Oak Street
Saint Clair, MO 63077

Kimberly Sue Pursley
130 East Oak Street
Saint Clair, MO 63077

Andrew Kirkwood Smith
A.K. Smith Law
141 N. Meramec Avenue
Suite 316
Clayton, MO 63105

David V. Noyce
11111 Nall Ave, Ste 104
Leawood, KS 66211

Diana S. Daugherty
Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO 63143

U.S. Trustee
Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102